# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161672(55)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CHARLETTE LEGION-LONDON, also known
as CHARLETTE LEGION, also known as
CHARLETTE LONDON,
      Plaintiff-Appellee,

v

SC: 161672
COA: 344838
Oakland CC: 2016-155115-NH

THE SURGICAL INSTITUTE OF
MICHIGAN AMBULATORY SURGERY
CENTER, LLC, MICHIGAN BRAIN &
SPINE PHYSICIANS GROUP, PLLC, and
ARIA SABIT, M.D.,
      Defendants-Appellees,
and

KEVIN CRAWFORD, D.O., P.C., and
KEVIN CRAWFORD, D.O.,
      Defendants-Appellants.
_____/

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before September 28, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2020



Clerk